IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LOPEZ**
**#214**                                                           PLAINTIFF

v.                          No. 4:23-cv-663-DPM

**ROPPER, Lieutenant, Faulkner**
**County Sheriff's Office Unit 1 and**
**HUFFMAN, Captain, Faulkner**
**County Sheriff's Office Unit 1**                      DEFENDANTS

## ORDER

Lopez hasn't filed an amended complaint; and the time to do so has passed. *Doc. 3*. His mail is being returned. *Doc. 4*. His complaint will therefore be dismissed without prejudice. LOCAL RULE 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

15 Nov. 2023