IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSEPH LOPEZ**                                                 **PLAINTIFF**
**#214**

v.                      **No. 4:23-cv-663-DPM**

**ROPPER, Lieutenant, Faulkner
County Sheriff's Office Unit 1 and
HUFFMAN, Captain, Faulkner
County Sheriff's Office Unit 1**                      **DEFENDANTS**

## JUDGMENT

Lopez's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 Nov. 2023